Mauro Fiore, Jr., Esq., State Bar No. 196857
  *mfiore@fiorelegal.com*
Gilbert Perez, III, Esq., State Bar No. 293480
  *gperez@fiorelegal.com*
**FIORE LEGAL**
136 E. Lemon Ave.
Monrovia, CA 91016
Telephone No.: (626) 856-5856
Facsimile No.: (626) 386-5520

Attorneys for Plaintiff, MELISSA QUEZADA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA QUEZADA,<br><br>        Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC; and DOES 1 to 20, Inclusive<br><br>        Defendants. | Case No. 2:21-cv-00459-DMG-(JPRx)<br><br>**JOINT STIPULATION FOR DISMISSAL**<br>**[FRCP 41]**<br><br>Courtroom: 8C<br>District Judge: Dolly M. Gee<br>Magistrate Judge: Jean P. Rosenbluth<br>Complaint Filed: September 18, 2020<br>Trial Date: February 02, 2022 |

    Plaintiff MELISSA QUEZADA and Defendant VICTORIA'S SECRET STORES, LLC by and through their designated counsel, hereby stipulate to the voluntary dismissal with prejudice of the entire action in this case. These dismissals are made pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii). The parties have reached a confidential resolution of their disputes.

---

**JOINT STIPULATION FOR DISMISSAL [FRCP 41]**

IT IS SO STIPULATED.

DATED: July 21, 2021                    **FIORE LEGAL**

By: /s/ Gilbert Perez, III
Gilbert Perez, III, Esq.
Attorneys for Plaintiff, MELISSA QUEZADA

DATED: July 21, 2021                    **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Karen Liao
Jeffrey M. Lenkov, Esq.
Karen Liao, Esq.
Attorneys for Defendant VICTORIA'S SECRET STORES, LLC

# PROOF OF SERVICE

*Melisa Quesada v. Victoria Secret Stores, LLC*

United States District Court – Central District of California

Case No.: 2:21-cv-00459-DMG-JPRx

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF LOS ANGELES       )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 136 E. Lemon Ave., Monrovia, California 91016.

On July 21, 2021, I served the foregoing documents described as **JOINT STIPULATION FOR DISMISSAL [FRCP 41]** on all parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows.

**\*PER THE REGISTERED PARTIES AS PROVIDED BY THE COURT'S CM/ECF SYSTEM'S CURRENT SERVICE LIST**

| | |
|---|---|
| Jeffrey M. Lenkov, Esq.<br>Karen Liao, Esq.<br>MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP<br>19800 MacArthur Blvd, Suite 900<br>Irvine, California 92612<br>Telephone: (949) 440-6690<br>Facsimile: (949) 474-6991<br><br>*jml@manningllp.com*<br>*kxl@manningllp.com* | ***Counsel for Defendants:***<br>*Victoria Secret Stores, LLC* |
| James R. Doyle, Esq.<br>TOFER & ASSOCIATES, PLC<br>8889 West Olympic Boulevard, Penthouse<br>Beverly Hills, CA 90211<br>Tel.: (310) 277-9000<br>Fax: (310) 300 0322<br><br>james@toferlaw.com | ***Co- Counsel for plaintiff*** |

**JOINT STATUS REPORT RE: SETTLEMENT**

**[ ] BY E-MAIL DELIVERY ONLY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XX] **(BY THE COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 21ST day of June 2021 at Monrovia, California

/s/ Faviola Palencia
**Faviola Palencia**

**JOINT STATUS REPORT RE: SETTLEMENT**